UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL M. SANCHEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>　　　　Defendants.<br>_____ | Case No. CV 07-5132 GHK(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and accepts the United States Magistrate Judge's Report and Recommendation.

　　　　IT IS HEREBY ORDERED that the Motion for Summary Judgment filed by remaining defendants the Los Angeles Department of General Services (the "GSD"), GSD Sergeant Payan and GSD Lieutenant Lopez is granted.

　　　　IT IS FURTHER ORDERED that Judgment be entered (1) in favor of defendants the City of Los Angeles, the GSD, GSD Officer Bradley, GSD Officer Santizo, GSD Officer Garcia, GSD Sergeant Payan and GSD Lieutenant Lopez on the merits; and (2) dismissing this action without prejudice as against defendant Los Angeles Police Department Sergeant Landry and the Doe Defendants.

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the United States Magistrate Judge's Report and Recommendation on the parties to this action.

   IT IS SO ORDERED.

   DATED:   1/5/12

   _____
   HONORABLE GEORGE H. KING
   UNITED STATES DISTRICT JUDGE