UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL M. SANCHEZ, | Case No. CV 07-5132 GHK(JC) |
| Plaintiff, | |
| v. | JUDGMENT |
| CITY OF LOS ANGELES, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that: (1) summary judgment is granted in favor of defendants the City of Los Angeles, the Los Angeles Department of General Services (the "GSD"), GSD Officer Bradley, GSD Officer Santizo, GSD Officer Garcia, GSD Sergeant Payan and GSD Lieutenant Lopez on the merits; and (2) this action is dismissed without prejudice as against defendant Los Angeles Police Department Sergeant Landry and the Doe Defendants.

IT IS SO ORDERED AND ADJUDGED.

DATED:  1/5/12

_____
HONORABLE GEORGE H. KING
UNITED STATES DISTRICT JUDGE